[No. 44014-8-II.  Division Two.  June 24, 2014.]

SCOTT KRIEGER, *Appellant*, v. PERILYNN KRIEGER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-3-00274-5, Dayann Liebman, J. Pro Tem., entered August 29, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 44244-2-II.  Division Two.  June 24, 2014.]

*In the Matter of the Estate of* DOROTHY METTLE.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-4-01245-1, Thomas P. Larkin, J., entered October 26, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt and Maxa, JJ.

[No. 44268-0-II.  Division Two.  June 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY EUGENE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00766-4, Marilyn K. Haan, J., entered November 26, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44388-1-II.  Division Two.  June 24, 2014.]

KEVIN ANDERSON, *Appellant*, v. CHARLES HAMON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-2-00112-5, Sally F. Olsen, J., entered December 7, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.